## SUTTON v. PACIFIC S. S. CO.

(District Court, W. D. Washington, N. D. November 26, 1924.)

### No. 8521.

1. Witnesses ⬯29—Entitled under rule of court to mileage for distance traveled within district.

Under section 7 (b) of the Rules of the District Court for the Northern District of Washington, a witness attending from a point without the district is entitled to mileage for the distance actually and necessarily traveled within the limits of the district.

2. Witnesses ⬯29—Witness voluntarily appearing entitled to mileage.

Mileage may be taxed in favor of a witness voluntarily appearing within the reach of a subpœna.

At Law. Action by Margaret Sutton, by Harwood Hall, her guardian ad litem, against the Pacific Steamship Company. On motion to retax costs. Denied.

See, also, 3 F.(2d) 72.

Defendant moves to retax the costs taxed by the clerk upon the cost bill filed by plaintiff for mileage for witnesses who voluntarily appeared in this case, upon the grounds that the clerk erred in taxing mileage to witness Rowland to Salem, Or., and witness Rawzell to Chemawa, Or.; that said witnesses are only entitled to mileage for 100 miles to and from the place of trial.

Chas. P. Moriarty and De Wolfe Emory, both of Seattle, Wash., for plaintiff.

Grosscup & Morrow, of Seattle, Wash., C. A. Wallace, of Tacoma, Wash., and John Ambler, of Seattle, Wash., for defendant.

NETERER, District Judge (after stating the facts as above). [1] Section 7 (b), Court Rules, provides: "Where a witness has attended from a point without the district, his mileage shall be taxed according to the distance actually and necessarily traveled by him within the limits of the district."

The mileage taxed for each of the witnesses, 354 miles, is the distance from Seattle, the place of trial, to the Oregon state line, and is within the district. This is taxable under the rule. In the Gov. Ames, 187 F. 50, 109 C. C. A. 94, the costs were taxed to a point where a subpœna would reach a witness, and also in Burrow v. Kansas City, etc., R. R. Co. (C. C.) 54 F. 278.

[2] It has been the uniform rule in this court that mileage can be taxed against a witness voluntarily appearing within the reach of subpœna, and, since the mileage taxed is within the district, the clerk was right in assessing the costs.